UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |

This Document Relates To:

*Yosefua Norris v. Bayer Healthcare Pharmaceuticals Inc. et al.,* No.  3:10-cv-13095-DRH-PMF

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that, pursuant to the Stipulation of Dismissal filed on February 24, 2015, the above captioned case is **DISMISSED** with prejudice.  Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:  /s/*Cheryl A. Ritter*
    **Deputy Clerk**

Date: February 26, 2015

APPROVED:

Digitally signed by David R. Herndon
Date: 2015.02.26 16:04:47 -06'00'

DISTRICT JUDGE
U. S. DISTRICT COURT